PROB 12C
(6/16)

Report Date: October 22, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Leora Guery | Case Number: 0980 2:20CR00035-TOR-2 |
| Address of Offender: ▮▮▮▮▮▮▮ Moses Lake, Washington 98937 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 29, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Receipt and Possession of Stolen Mail, 18 U.S.C. § 1708 | | |
| Original Sentence: | Prison - 5 days;<br>TSR - 36 days | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | September 29, 2020 |
| Defense Attorney: | Walter Lynn Ayers | Date Supervision Expires: | September 28, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/28/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: Ms. Guery is alleged to have violated her term of supervised release by possessing a controlled substance, methamphetamine, on or about October 21, 2021. |
| | On October 1, 2020, the offender's conditions were reviewed and she signed the conditions acknowledging an understanding of her requirements. Specifically, she understood she was prohibited from unlawfully possessing controlled substances as required by mandatory condition number 2. |
| | On October 21, 2021, the U.S. Marshals Service went to Moses Lake, Washington, in an attempt to locate Ms. Guery. Ms. Guery was ultimately located walking out of her apartment and was approached by the deputies and advised she was going to be placed under arrest. During the arrest, the deputies began to empty the contents of Ms. Guery's pockets and they located a plastic vial and a small plastic bag, both containing a white crystalline substance. Ms. Guery admitted the substance in the bag and the vial contained methamphetamine. |

Prob12C
Re: Guery, Leora
October 22, 2021
Page 2

| | | |
|---|---|---|
| | 6 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Ms. Guery is alleged to have violated her term of supervised release by possessing a controlled substance, ecstasy, on or about October 21, 2021.

On October 1, 2020, the offender's conditions were reviewed and she signed the conditions acknowledging an understanding of her requirements. Specifically, she understood she was prohibited from unlawfully possessing controlled substances as required by mandatory condition number 2.

As described in violation number 5, during Ms. Guery's arrest, on her person in her pocket, deputies recovered a small plastic bag containing approximately 5 pills of varied colors (blue or pink). Ms. Guery admitted to the deputy the pills were ecstasy.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     s/Emely Cubias

10/22/2021

Emely Cubias
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
        with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

October 22, 2021
Date